# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GILBERTO ERNESTO EDWARDS, : | |
|     Plaintiff, : | |
| : | CIVIL ACTION |
|     v. : | |
| : | NO. 11-3553 |
| TONY BRYSON, et al., : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this   26TH   day of    JULY    , 2012, it is **ORDERED** that Gilberto Ernesto Edwards is declared a citizen of the United States.  Additionally, the parties' summary judgment motions are decided as follows:

- With regard to Defendant Janet Napolitano, Plaintiff's motion for summary judgment (ECF No. 24) is **GRANTED** and Defendants' motion for summary judgment (ECF No. 25) is **DENIED**.

- With regard to Defendants Tony Bryson, Evangelia Klapakis, Thomas Decker, Orlando Rivera, and Perry Rhew, Defendants' motion for summary judgment (ECF No. 25) is **GRANTED** and Plaintiff's motion for summary judgment (ECF No. 24) is **DENIED**.

                                                                                       s/Anita B. Brody

                                                        _____
                                                        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to:

1