IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GILBERTO ERNESTO EDWARDS, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
|     v. | : | |
| | : | NO. 11-3553 |
| TONY BRYSON, et al., | : | |
|     Defendants. | : | |

### ORDER

**AND NOW**, this __26TH__ day of ___JULY_____, 2012, it is **ORDERED** that Gilberto Ernesto Edwards is declared a citizen of the United States. Additionally, the parties' summary judgment motions are decided as follows:

- With regard to Defendant Janet Napolitano, Plaintiff's motion for summary judgment (ECF No. 24) is **GRANTED** and Defendants' motion for summary judgment (ECF No. 25) is **DENIED**.

- With regard to Defendants Tony Bryson, Evangelia Klapakis, Thomas Decker, Orlando Rivera, and Perry Rhew, Defendants' motion for summary judgment (ECF No. 25) is **GRANTED** and Plaintiff's motion for summary judgment (ECF No. 24) is **DENIED**.

                                                                          s/Anita B. Brody

                                                      _____
                                                      ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                       Copies **MAILED** on _____ to: